Steven B. Andersen (ISB No. 2618)
Haley K. Krug (ISB No. 10442)
**KIRTON MCCONKIE**
1100 W. Idaho St., Ste. 930
Boise, ID 83702
Telephone: (208) 370-3325
Facsimile: (208) 370-3324
Email: sandersen@kmclaw.com
        hkrug@kmclaw.com

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| SAINT ALPHONSUS HEALTH SYSTEM, INC. an Idaho corporation, | Case No. 1:23-CV-65-DKG |
| Plaintiff, | |
| v. | **SUGGESTION OF BANKRUPTCY AND NOTICE OF AUTOMATIC STAY** |
| TEHUM CARE SERVICES, INC., formerly known as Corizon Health, Inc., a Texas Corporation, VALITAS INTERMEDIATE HOLDINGS, INC., a Delaware corporation, CHS TX., INC., a Texas corporation, YESCARE CORP., a Texas corporation, JOHN DOES ENTITIES I-X, and JOHN DOE INDIVIDUALS I-X, | |
| Defendants. | |

Tehum Care Services, Inc., formerly known as Corizon Health, Inc. ("TCS" or the "Debtor"), one of the named defendants herein, files this Suggestion of Bankruptcy and Notice of Automatic Stay and would respectfully show as follows:

On February 13, 2023 (the "Petition Date"), TCS filed a voluntary petition pursuant to chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101-1532 (the "Bankruptcy Code"). The case is pending in the United States Bankruptcy Court for the Southern District of Texas, Houston Division, under Case No. 23-90086 (CML) (the "Chapter 11 Case").

As a result of the commencement of the Chapter 11 Case, section 362 of the Bankruptcy Code operates as a stay, applicable to all entities, of (i) commencement or continuation of a judicial, administrative or other action or proceeding against the Debtor that was or could have been commenced before the commencement of the Chapter 11 Case, or to recover a claim against the Debtor that arose before the commencement of the Chapter 11 Case; (ii) the enforcement, against the Debtor or against the property of their bankruptcy estates, of a judgment obtained before the commencement of the Chapter 11 Case; (iii) any act to obtain possession of property of the estate or of property from the estates or to exercise control over property of the Debtor's estate; and (iv) any act to create, perfect, or enforce a lien against property of the Debtors' estate.

The stay set forth in 11 U.S.C. § 362(a) became effective automatically upon the commencement of the Chapter 11 Case.  If any party violates the stay, the Debtor may seek to have such actions deemed void, move for sanctions in the Bankruptcy Court and recover actual damages, including costs and attorneys' fees, arising from the violation of the stay.

DATED this 15th day of February, 2023.

Respectfully submitted,


  /s/ Haley K. Krug
Haley K. Krug (ISB No. 10442)
KIRTON MCCONKIE
1100 W. Idaho St., Ste. 930
Boise, ID 83702
Telephone: (208) 370-3325
Email: hkrug@kmclaw.com

*Counsel for Tehum Care Services, Inc.*

SUGGESTION OF BANKRUPTCY AND NOTICE OF AUTOMATIC STAY – 2

**CERTIFICATE OF SERVICE**

I hereby certify that on this 15th day of February 2023, I caused a true and correct copy of the foregoing document to be electronically filed with the Clerk of the Court using the CM/ECF system, which sent a Notice of Electronic Filing to the following persons:

| | |
|---|---|
| Keely E. Duke | ked@dukeevett.com |
| Molly Mitchell | mem@dukeevett.com |

 /s/ *Haley K. Krug*
Haley K. Krug